UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

THE JAMESTOWN TRUST, MONTECELLO LTD.,
GRETA POFCHER, BRENDA MARSH
and CAROLE BIDNICK,

    Plaintiffs,

v.

BENJAMIN B. CHERESKIN, ROBIN P. SELATI,
DAVID M. BROWNE, CLIFF BARTOW,
RICHARD GYDE and MADISON DEARBORN
CAPITAL PARTNERS II, L.P.

    Defendants.

Case No. 1:04CV0668

Hon. Robert Holmes Bell

---

Thomas G. McNeill (P36895)
Jeffrey G. Muth (P65041)
DICKINSON WRIGHT PLLC
Attorneys for Plaintiffs
500 Woodward Ave., Ste. 4000
Detroit, MI 48226-3425
and
200 Ottawa Avenue, NW, Suite 900
Grand Rapids, MI 49503
(616) 458-1300

William K. Holmes (P15084
WARNER NORCROSS & JUDD LLP
Attorneys for Defendants David M.
Browne, Cliff Bartow, and Richard Gyde
111 Lyon Street NW
900 Fifth Third Center
Grand Rapids, MI 49503
(616) 752-2108

L. Roland Roegge (P19551)
T.J. Ackert (P37123)
SMITH HAUGHEY RICE y ROEGGE
Attorneys for Defendants Benjamin B.
Chereskin, Robin P. Selati, and Madison
Dearborn Capital Partners II, LP
250 Monroe Avenue
200 Calder Plaza Building
Grand Rapids, MI 49503-2251
(616) 774-8000

Jeffrey L. Willian
Thomas L. Campbell
Jason W. Callen
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

---

## PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs filed this action on October 6, 2004 and have effected service of process upon all Defendants. As of the filing of this Notice, none of the Defendants has filed or

served an Answer or a Motion for Summary Judgment. Accordingly, pursuant to Fed. R. Civ. P. 41(A)(1)(i), Plaintiffs hereby dismiss this action without prejudice.

Respectfully submitted,

DICKINSON WRIGHT PLLC

By: /s/ Thomas G. McNeill
Thomas G. McNeill (P36895)
500 Woodward Avenue, Ste. 4000
Detroit, MI 48226-3425
(313) 223-3500

and

By: /s/ Jeffrey G. Muth
Jeffrey G. Muth (P65041)
200 Ottawa Avenue, NW, Suite 900
Grand Rapids, MI 49503
(616) 458-1300

DETROIT 28047-1 847892